UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## SENTENCING MINUTES

9:00 - 9:30

CASE NO: 07-CR-20443  DATE 6-15-07  JUDGE PAUL C. HUCK
DEFT: Hector Rodriguez-Acevedo  RPTR Patricia Sanders  CLERK Evelyn Williams
DEF COUNSEL Martin-Roth  (apptd/retnd) AUSA Cristina Maxwell

( ) DEFT FAILED TO APPEAR - BENCH WARRANT ISSUED. BOND FORFEITED
( ) SENTENCING CONT'D TO _____ AT _____ AT REQUEST OF _____
(✓) JUDGMENT/SENTENCE
   AS TO COUNT __1__ IMPRISONMENT FOR __50__ MONTHS
   AS TO COUNT _____ IMPRISONMENT FOR _____ MONTHS
   AS TO COUNT _____ IMPRISONMENT FOR _____ MONTHS
   AS TO COUNT _____ IMPRISONMENT FOR _____ MONTHS
   AS TO COUNT _____ IMPRISONMENT FOR _____ MONTHS

USPO: Janice Smith

(✓) No Fine - S/R = 2yrs = Ct I - 72 Rptng no crime, weapon, substance, firearms - surrender to Immigration - Standard conditions

(✓) SPECIAL ASSESSMENT $ 100

(✓) DEFT. SHALL RECEIVE CREDIT FOR TIME SERVED IN FEDERAL CUSTODY. Time in Columbia Jail + in the U.S. Jail

( ) SUPERVISED RELEASE/SPECIAL PAROLE TERM: _____

( ) THE DEFT IS REMANDED TO CUSTODY OF BOP FOR _____, THE MAXIMUM PROVIDED BY LAW, UNDER 18:4205©) FOR STUDY AND REPORT AS DESCRIBED BY 18:4205©).

( ) VOLUNTARY SURRENDER AT INSTITUTION ON OR BEFORE _____

(✓) DEFT. REMANDED TO CUSTODY OF U.S. MARSHAL TO COMMENCE SENTENCE

( ) DEFT. RELEASED ON PRESENT BOND PENDING SURRENDER/APPEAL

( ) BOND ON APPEAL SET AT _____

(✓) Housed close to S. FL as A+A = Recommend Spanish Interpreter.

(✗) Dismissal of remaining cts by gov't